# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**William M. Allen, Jr.**
    Plaintiff
vs.      CASE NUMBER: 5:09-CV-1388 (GTS/TWD)

**Bonnie P. Hand; Town of Virgil; Amanda Nicoletta; Diane Trickey; Raymond T. Roberts and Harry J. Corbitt**
    Defendants

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Motion for Summary Judgment is GRANTED as to Amanda Nicoletta, Diane Trickey and Raymond T. Roberts and Judgment is entered in favor of the defendants.

Further it is noted that Bonnie P. Hand, Town of Virgil, and Harry J. Corbitt were previously terminated on August 3rd of 2010 for failure to comply with a Court Order to timely file an Amended Complaint as to those defendants.

Therefore Plaintiff's complaint is hereby DISMISSED.

All of the above pursuant to the orders of the Honorable Judge Glenn T. Suddaby, dated the February 6th, 2013 and July 2nd, 2010.

DATED: February 6, 2013

*Lawrence K. Baerman*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk